# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DREW DION GALLINEAUX,<br><br>Defendant. | CR 20-38-GF-BMM<br><br><br>ORDER GRANTING MOTION TO REVOKE PRETRIAL RELEASE AND ISSUING WARRANT |

The Government has moved to revoke the defendant's pretrial release. I find there is probable cause to believe the defendant has violated his conditions of release, supported by the sealed police report from Blackfeet Law Enforcement Services. The Court grants the motion and orders the issuance of a WARRANT.

Considered and ordered this 12th day of November 2020.

_____
John Johnston
United States Magistrate Judge